```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    THOMAS KLASSY
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  NO. Mag. No. 05-157 PAN
                                )
12             Plaintiff,       )
                                )  STIPULATION AND ORDER
13       v.                     )
                                )
14  THOMAS KLASSY,              )  Date:  November 23, 2005
                                )  Time:  11:00 a.m.
15             Defendant.       )  Judge: Dale A. Drozd
                                )
16  _____ )

17
```

18       THOMAS KLASSY, by and through his counsel, Caro Marks, Assistant
19  Federal Defender, and the United States Government, by and through its
20  counsel, Matthew Stegman, Assistant United States Attorney, hereby
21  stipulate and agree to vacate the previously scheduled status
22  conference date of October 26, 2005 and set a new status conference
23  date of November 23, 2005 at 11:00 a.m.
24       This continuance is necessary to allow the defense additional pre-
25  indictment time to gather records, interview local and long
26  distance/international potential witnesses (Pennsylvania, Romania), and
27  amass and evaluate various bankruptcy and tax documents and records.
28  Some of this data is being provided by the government, and some is

being obtained as a result of pre-indictment investigation by the defense.

IT IS FURTHER STIPULATED that the period from October 26, 2005 through November 23, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of counsel. The government fully concurs with this request.

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
THOMAS KLASSY

Dated: October 25, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 25, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/klassy0157.stipord

Stip and order\Thomas Klassy (Mag. No. 05-157)

2